## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TINA PERRY,

    Plaintiff,

v.                                  Case No. 6:18-cv-01281-RBD-DCI

D.A.S.I. INC., a/k/a DIVERSIFIED
ADJUSTMENT SERVICE, INCORPORATED,

    Defendant.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own fees and costs of court, thereby concluding this matter in its entirety.

Respectfully submitted this 18th day of February, 2019.

| | |
|---|---|
| */s/ Joshua R. Kersey* | */s/ Barbara Fernandez* |
| Joshua Kersey | Barbara Fernandez |
| Florida Bar No.: 87578 | Florida Bar No.: 0493767 |
| MORGAN & MORGAN, TAMPA, P.A. | HINSHAW & CULBERTSON |
| One Tampa City Center, 7th Floor | 2525 Ponce de Leon Boulevard, 4th Floor |
| Tampa, FL 33602 | Coral Gables, FL 33134 |
| Tele: (813) 223-5505 | Tele: (305) 358-7747 |
| Fax: (813) 223-5402 | Fax: (305) 577-1063 |
| JKersey@ForThePeople.com | bfernandez@hinshawlaw.com |
| JessicaK@ForThePeople.com | dconnolly@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |