UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TINA PERRY,

    Plaintiff,

v.            Case No: 6:18-cv-1281-Orl-37DCI

D.A.S.I. INC.,

    Defendants.
_____

### ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 24). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 2, 2019.

ROY B. DALTON JR.
United States District Judge

-2-

Copies to:
Counsel of Record